UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| LATOYA BOGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:19-cv-379 |
| ) | |
| DIRECT ENERGY, LP, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, LATOYA BOGAN, ("Plaintiff"), through her attorney, Hormozdi Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, DIRECT ENERGY, LP.

DATED: October 9, 2019

Respectfully submitted,
HORMOZDI LAW FIRM, LLC

By: /s/ Shireen Hormozdi
Shireen Hormozdi
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road, Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434
shireen@agrusslawfirm.com
shireen@norcrosslawfirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On October 9, 2019, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Molly McGinley, at Molly.McGinley@klgates.com.

By: /s/ Shireen Hormozdi
Shireen Hormozdi